# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH ANNE BENSON,<br><br>            Plaintiff,<br><br>      v.<br><br>UNIFIRST CORPORATION,<br><br>            Defendant. | Case No.  1:14-cv-00446-LJO-SAB<br><br>ORDER APPROVING STIPULATION TO STAY ACTION PENDING ARBITRATION<br><br>ECF NO. 9 |

On April 11, 2014, the parties in this action filed a stipulation to stay this action pending arbitration.  (ECF No. 9.)  In accordance with the parties' stipulation, this action and all issues arising in connection therewith shall be submitted to final and binding arbitration before Judicial Arbitration and Mediation Services ("JAMS"), as agreed upon by Plaintiff Leigh Anne Benson ("Plaintiff") and Defendant UniFirst Corporation ("Defendant" (collectively the "Parties") and in accordance with the terms of the Arbitration Agreement between the Parties and the Parties' Joint Stipulation to Arbitrate and Stay Action Pending Arbitration.

This Action is removed from the Court's civil active case list and any further proceedings in this action are stayed pending completion of arbitration pursuant to 9 U.S.C. § 3.

/ / /

/ / /

/ / /

The parties shall file a joint status report regarding the status of the arbitration no later than October 29, 2014.

IT IS SO ORDERED.

Dated: **April 11, 2014**

UNITED STATES MAGISTRATE JUDGE