UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH ANNE BENSON,<br><br>      Plaintiff,<br><br>    vs.<br><br>UNIFIRST CORPORATION, a Massachusetts corporation, and DOES 1 through 20, inclusive,<br><br>      Defendants.<br>                  Defendants. | **Case No.: 1:14-cv-00446-LJO-SAB**<br><br>[Assigned for all purposes to the Honorable Lawrence J. O'Neill and Magistrate Judge Stanley A. Boone]<br><br>**ORDER GRANTING DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)** |

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 4(a)(1)(A)(ii). The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: September 25, 2014**

                                  /s/ Lawrence J. O'Neill
                              **United States District Judge**